# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 1:06-cv-53-SEB-VSS |
| ) | IP00-42-CR-01-B/F |
| AURELIO P. JIMENEZ, ) | |
| ) | |
| Defendant. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the civil action docketed as No. 1:06-cv-53-SEB-VSS is **dismissed for lack of subject matter jurisdiction.**

Date: 01/17/2006

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Aurelio P. Jimenez
#06291-028
Federal Prison Camp
P.O. Box 500
Oxford, WI 53952

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Dockets.Justia.com