UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:06-cv-53-SEB-VSS |
| | ) | IP00-42-CR-01-B/F |
| AURELIO P. JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the civil action docketed as No. 1:06-cv-53-SEB-VSS is **dismissed for lack of subject matter jurisdiction.**

Date: 01/17/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Aurelio P. Jimenez
#06291-028
Federal Prison Camp
P.O. Box 500
Oxford, WI 53952

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048